IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | |
| Plaintiff, | ) | 4:06CV3053 |
| v. | ) | |
| SPEEDWAY MOTORS, INC., | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by April 06, 2006, file their Report of Parties' Planning Conference.

DATED March 20, 2006.

/s/ *David L. Piester*
United States Magistrate Judge