IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3053 |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY MOTORS, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by April 06, 2006, file their Report of Parties' Planning Conference.

DATED March 20, 2006.

/s/ *David L. Piester*
United States Magistrate Judge