IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3053 |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY MOTORS, INC., | ) | ORDER RESCHEDULING JURY TRIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the jury trial in the above-titled case is rescheduled and shall commence at 9:00 a.m. on February 5, 2006, with jury selection at commencement.  A conference with counsel in chambers is scheduled for 8:30 a.m. the first day of trial.  All other deadlines remain as established in the Order Setting Schedule for Progression of Case, filing 11.

Dated August 14, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge