IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CV3053 |
| | ) | |
| v. | ) | |
| | ) | AMENDED |
| SPEEDWAY MOTORS, INC., | ) | ORDER RESCHEDULING JURY TRIAL |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the date set for the commencement of the jury trial was incorrect on the Order Rescheduling Jury Trial, filing 13.

IT IS ORDERED that the Order Rescheduling Jury Trial, filing 13, is amended by changing the date of the trial from February 5, 2006, to February 5, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge