IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | Case No.: 4:06CV3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY MOTORS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's unopposed motion to continue the final pretrial conference and the deposition deadline (Filing 17).

The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED THAT:

1. The final pretrial conference is set for January 12, 2007, at 9:00 a.m.;

2. The deposition deadline is continued to December 22, 2006; and

3. All other provisions of the Order Setting Schedule for Progression of Case (Filing 11) shall remain in effect.

Dated this 27th day of October, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

L0715629.1