IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | Case No.: 4:06CV3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SPEEDWAY MOTORS, INC., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' joint motion to continue the trial setting (Filing 17).

The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED THAT:

1.  Trial of this matter is continued to April 16, 2007;

2.  The final pretrial conference is continued to March 15, 2007, at 10:00 a.m.;

3.  The deposition deadline is continued to February 23, 2007; and

4.  All other provisions of the Order Setting Schedule for Progression of Case (Filing 21) shall remain in effect.

Dated this 28th day of November, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

L0719041.1