```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

JOSE GARCIA,                     )
                                 )
          Plaintiff,             )          4:06CV3053
                                 )
     v.                          )
                                 )
SPEEDWAY MOTORS, INC.,           )          ORDER
                                 )
          Defendant.             )
                                 )
```

Upon the parties' joint oral motion,

IT IS ORDERED:

The pretrial conference is re-scheduled and will be held at 10:00 a.m. on April 2, 2007.

DATED this 22nd day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge