IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSE GARCIA, | ) | CASE NO. 4:06-CV-3053 |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| SPEEDWAY MOTORS, INC., | ) | |
| Defendant. | ) | |

This matter came on before the Court on the Stipulation for Dismissal of the parties in the above-captioned matter.

It is hereby ordered that the Stipulation for Dismissal is granted and the matter is dismissed with prejudice, complete record waived, with costs taxed to the parties incurring the same.

Dated April 30, 2007.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge